ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SAMANTHA SCHOTT (NYBN 5132063)
Special Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
FAX: (510) 637-3724
samantha.schott@usdoj.gov

Attorneys for United States of America



FILED
NOV 07 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-0498 JSW |
| Plaintiff, | |
| v. | **MOTION TO UNSEAL AND [PROPOSED] ORDER** |
| RICKELLE SHERELLE ROBINSON and ROBIN MARIE HIGGS, | UNDER SEAL |
| Defendants. | |

The government moves to unseal the above-captioned case.

DATED: November 7, 2018

Respectfully Submitted,

ALEX G. TSE
United States Attorney

SAMANTHA SCHOTT
Special Assistant United States Attorney

MOTION TO UNSEAL AND [PROPOSED] ORDER
CR 18-0498 JSW

**[PROPOSED] ORDER**

The Court orders this matter unsealed.

IT IS SO ORDERED.

DATED: 11/7/18

_____
HON. DONNA M. RYU
United States Magistrate Judge

MOTION TO UNSEAL AND [PROPOSED] ORDER
CR 18-0498 JSW